SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CUAUHTEMOC ORTEGA (No. 257443)
Deputy Federal Public Defender
(E-mail: cuauhtemoc_ortega@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520

Attorneys for Defendant
ADAM DANDACH

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. SA 14-252-M |
| Plaintiff, ) | |
| ) | Defendant's Assertion of Fifth and Sixth Amendment Rights |
| v. ) | |
| ADAM DANDACH, ) | |
| Defendant. ) | |

I, ADAM DANDACH, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

ADAM DANDACH
Defendant

CUAUHTÉMOC ORTEGA
Deputy Federal Public Defender