Pal Lengyel-Leauhu Bar No. 147153
IMHOFF & ASSOCIATES, P.C.
12424 Wilshire Blvd., Ste. 770
Los Angeles, CA 90025
(310) 315-1100- Phone
(310) 315-1152- Fax

*Attorneys for Defendant*
*Adam DANDACH*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| The United States of America | Case No.: No. SA CR 14-109-JVS |
|---|---|
| Plaintiff, | *NOTICE OF MENTAL DISEASE OR DEFECT* |
| vs. | |
| Adam DANDACH, | *TRIAL DATE: SEPTEMBER 22, 2015* |
| Defendant. | |

COMES NOW DEFENDANT, Adam DANDACH, by and through his counsel Pal A. Lengyel-Leahu, pursuant to this Court's Order of 27 April 2015 and Federal Rules of Civil Procedure 12.2 in notice to the Court and counsel for the government that Defendant, Adam DANDACH is currently being evaluated with regard to the issue of diminished capacity or other psychological condition, while not currently deemed a defense of insanity, may potentially be offered as either a defense to the offenses charged in the superseding indictment or evidence of mitigation.

There are no discoverable reports available on this issue at the present time.

Dated:  15 May 2015

___/s/_____
Pal Lengyel-Leahu
Attorney for Defendant