Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY



---

Case Number  SA CR 14-0109(B)-JVS          Defendant Number  1

U.S.A. v. Adam Dandach                      Year of Birth  1994

☐ Indictment    ☑ Information              Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense   On or about July 2, 2014

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☐ Los Angeles        ☐ Ventura

☑ Orange             ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of Offense   18 U.S.C. § 2339B; 18 U.S.C. §1542

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☐ No    ☐ Yes

IF YES    Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:    July 3, 2015

Case Number    SA 14-252M

Charging    18 U.S.C. § 1542: Passport Fraud

The complaint:    ☐ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    ☐ No    ☑ Yes

IF YES, provide, Name:  Pal A Lengyel-Leahu

Phone Number:  714-497-6813

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*    ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☑ No

This is the  2nd    superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
March 4, 2015

Case Number    SA CR 14-0109(A)-JVS

The superseded case:

☑ is still pending before Judge/Magistrate Judge

James V. Selna

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☑ No

---

CR-72 (06/14)                    CASE SUMMARY                    Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes      ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?        ☐ YES      ☑ NO

IF YES, list language and/or dialect: _____

### OTHER

☑ Male                    ☐ Female

☑ U.S. Citizen            ☐ Alien

Alias Name(s)   "Fadi Fadi Dandach"

This defendant is charged in:    ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption
☑ government fraud                 ☐ tax offenses
☐ environmental issues             ☐ mail/wire fraud
☐ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☑ Other   Terrorism

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  N/A _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?    ☐ Yes        ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in** custody:

a. Place of incarceration:    ☐ State    ☑ Federal

b. Name of Institution:   Santa Ana City Jail, Santa Ana, CA

c. If Federal: U.S. Marshal's Registration Number:

   67945-112 _____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:    ☐ Yes    ☑ No

   IF YES :   ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: :    ☐ Yes    ☑ No

   IF YES :   ☐ State    ☐ Federal    AND

   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date      08/07/2015 _____

Signature of Assistant U.S. Attorney

CELESTE CORLETT
Print Name