EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
B. CELESTE CORLETT (Cal. Bar No. pending)
Arizona State Bar No. 021724
Assistant United States Attorney
Terrorism and Export Crimes Section
        8000 United States Courthouse
        411 West Fourth Street
        Santa Ana, California 92701
        Telephone:      (714) 338-3541
        Facsimile:      (714) 338-3708
        E-mail:   celeste.corlett@usdoj.gov
ANNAMARTINE SALICK (Cal. Bar No. pending)
New York State Bar No. 5076385
Assistant United States Attorney
Terrorism and Export Crimes Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:      (213) 894-3424
        Facsimile:      (213) 894-3713
        E-mail:   annamartine.salick2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 14-109(A)-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST FOR SENTENCING EVIDENTIARY HEARING |
| v. | |
| ADAM DANDACH, | Date: April 21, 2016 |
| Aka, Fadi Fadi Dandach, | |
| Defendants. | |

Dated: April 29, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division

_____/s/_____
ANNAMARTINE SALICK
CELESTE CORLETT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1-1 | Clip of defendant's 7/2/2014 interview with FBI | | |
| 1-2 | Clip of defendant's 7/2/2014 interview with FBI | | |
| 1-3 | Clip of defendant's 7/2/2014 interview with FBI | | |
| 2 | Photograph of ISIL fighters found on defendant's cellular phone | | |
| 3 | Photograph of knife found on defendant's cellular phone | | |
| 4 | Screenshot of "Livingundermercy of Allah" post found on defendant's cellular phone | | |
| 5 | Screenshot of Shami Witness Tweet found on defendant's cellular phone | | |
| 6 | Screenshot of Abu Siqr Al Shabwani Tweet showing decapitated heads found on defendant's cellular phone | | |
| 7 | Screenshot of defendant's publically available Facebook page taken by FBI | | |
| 8 | Screenshot of defendant's comment on a publically available Facebook page taken by FBI | | |
| 9 | Screenshot of defendant's publically available YouTube page taken by FBI | | |
| 10 | Ummah forum conversation found in defendant's "adamlovesislam@aol.com" e-mail account | | |
| 11 | Screenshot of Mohamed Ibn Albaraa publically available Facebook page taken by FBI and shown to defendant during the 7/2/2014 FBI interview | | |
| 12 | Revivers of the Khilafah pamphlet found on defendant's laptop and desktop seized at defendant's residence | | |
| 13 | Facebook communication between defendant and "Jeyar" found in defendant's Facebook account (ID:100004532892723) | | |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 14 | Facebook communication between defendant and "Jeyar" found in defendant's Facebook account (ID:100004532892723) | | |
| 15 | WhatsApp communication between defendant and "Abu Musab" found on defendant's cellular phone | | |
| 16 | WhatsApp communication between defendant and "Muhammad" found on defendant's cellular phone | | |
| 17 | Letter from defendant to Theresa Walker provided to FBI from the Santa Ana Jail | | |
| 18 | Dr. Saul J. Faerstein's Curriculum Vitae | | |
| 19 | Dr. Saul J. Faerstein's Expert Report | | |

4