## LIST OF EXHIBITS AND WITNESSES

| Case Number | SACR 14-00109 JVS | Judge James V. Selna |
|---|---|---|

| Title | United States of America        V.        Adam Dandach |
|---|---|

| Dates of XXXX Evidentiary Hearing | April 21, 2016; June 2, 2016 |
|---|---|

**FILED**
CLERK, U.S. DISTRICT COURT

**June 2, 2016**

CENTRAL DISTRICT OF CALIFORNIA
BY: _Karla Tunis_ DEPUTY

| Court Reporters | Sharon Seffens |
|---|---|
| Deputy Clerks | Karla J. Tunis |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| Annamartine Salick, AUSA - 4/21/2016 & 6/2/2016 | Pal Lengyel-Leahu, retained - 4/21/2016 & 6/2/2016 |
| Allen Chiu, AUSA - 4/21/2016 | Shannon Dorvall, retained - 4/21/2016 |
| Celeste Collette, AUSA - 6/2/2016 | |
| | |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | 4/21/2016                 Scott Wales | Pltf |
| | | | | | | 4/21/2016; 6/2/2016    Saul Faerstein | Pltf |
| | | | | | | 6/2/2016                 Jasmine Tehrani | Deft |
| | | | | | | 6/2/2016                 Ghassan Jason Ghannoum | Deft |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1-1 | Clip of defendant's 7/2/2014 interview with FBI | | 4/21/16 |
| 1-2 | Clip of defendant's 7/2/2014 interview with FBI | | 4/21/16 |
| 1-3 | Clip of defendant's 7/2/2014 interview with FBI | | 4/21/16 |
| 2 | Photograph of ISIL fighters found on defendant's cellular phone | | 4/21/16 |
| 3 | Photograph of knife found on defendant's cellular phone | | |
| 4 | Screenshot of "Livingundermercy of Allah" post found on defendant's cellular phone | | |
| 5 | Screenshot of Shami Witness Tweet found on defendant's cellular phone | | |
| 6 | Screenshot of Abu Siqr Al Shabwani Tweet showing decapitated heads found on defendant's cellular phone | | |
| 7 | Screenshot of defendant's publically available Facebook page taken by FBI | | |
| 8 | Screenshot of defendant's comment on a publically available Facebook page taken by FBI | | |
| 9 | Screenshot of defendant's publically available YouTube page taken by FBI | | |
| 10 | Ummah forum conversation found in defendant's "adamlovesislam@aol.com" e-mail account | 4/21/16 | |
| 11 | Screenshot of Mohamed Ibn Albaraa publically available Facebook page taken by FBI and shown to defendant during the 7/2/2014 FBI interview | | |
| 12 | Revivers of the Khilafah pamphlet found on defendant's laptop and desktop seized at defendant's residence | | |
| 13 | Facebook communication between defendant and "Jeyar" found in defendant's Facebook account (ID:100004532892723) | | |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 14 | Facebook communication between defendant and "Jeyar" found in defendant's Facebook account (ID:100004532892723) | | 4/21/16 |
| 15 | WhatsApp communication between defendant and "Abu Musab" found on defendant's cellular phone | | |
| 16 | WhatsApp communication between defendant and "Muhammad" found on defendant's cellular phone | 4/21/16 | |
| 17 | Letter from defendant to Theresa Walker provided to FBI from the Santa Ana Jail | | 4/21/16 |
| 18 | Dr. Saul J. Faerstein's Curriculum Vitae | 4/21/16 | |
| 19 | Dr. Saul J. Faerstein's Expert Report | 4/21/16 | |
| 101 | Letter July 6, 1985 by Saul Faerstein | | 6/2/16 |
| 102 | Curriculum Vitae Dr. Jazmin Tehrani | | 6/2/16 |
| 103 | Dr. Tehrani's Expert report. | | 6/2/16 |

4