# KATHY MANLEY, ATTORNEY AT LAW

26 Dinmore Road
Selkirk, New York 12158
(518) 635-4005 (phone & fax)
mkathy1296@gmail.com
KathyManleyLawOffice.com

Kathy Manley
Stephen F. Downs (of counsel)

December 4, 2024

Hon James V. Selna
United States Courthouse
411 West Fourth Street,
Courtroom 10C
Santa Ana, CA, 92701-4516

**United States v. Adam Dandach 8:14-cr-00109
sentence reduction motion**

Dear Judge Selna:

I work with the Coalition for Civil Freedoms which supports people convicted in material support-type cases, and occasionally files compassionate release motions. (We support Mr. Dandach's motion, but were not able to file one for him right away, and he elected to go *pro se.*) He apparently used part of a sample motion I sent which included an exhibit I put together about sentences of 120 months or less in mostly material support cases. I don't know if he had filed the exhibit before (or if I even sent it to him) but I understand your Honor has requested it, and it is enclosed. Thank you.

Respectfully,

Kathy Manley
Kathy Manley
26 Dinmore Road
Selkirk, New York 12158
(518) 635-4005
Mkathy1296@gmail.com

Enc.

## APPENDIX A

**29 Terrorism Sentences of 84 months or Less Since 2019 (24 of which are Material Support Cases)**

*United States v. Jill Marie Jones* (DAZ 2:20-cr-00634) (78 months in material support case in 2024)
*United States v. Mahmoud Rashwan* (EDPA 5:22-cr-00118) (time served [< 24 months] in terrorism-related firearm case in 2024)
*United States v. Ahmed Minni* (EDVA 1:17-cr-00270) (time served in material support case in 2024)
*United States v. Ramy Zamzam* (EDVA 1:17-cr-00270) (time served in material support case in 2024)
*United States v. Maria Bell* (DNJ 2:22-cr-00435) (34 mo. in material support case in 2023)
*United States v. Mohamed Suliman* NDFL 1:21-cr-00006 (36 months in material support case in 2023)
*United States v. Rondell Henry* (DMD 8:19-cr-00181) (time served [~45 mo.] in material support case in 2023)
*United States v. Kim Anh Vo* (SDNY 1:19-cr-00223) (time served [~ 12 mo.] in material support conspiracy in 2023
*United States v. Jason Stokes* (MDTN 3:21-cr-00040) (42 months in material support case in 2023)
*United States v. Jason Fong* (CDCA 8:20-cr-00146) (46 months in material support case in 2023)
*United States v. Farhia Hassan* (EDVA 1:14-cr-00230) (36 mo in material support case in 2022)
*United States v. Michael Solomon* DMN 0:20-cr-00193 (36 mo. material support conspiracy in 2022)
*United States v. Benjamin Teeter* DMN 0:20-cr-00193 (36 mo. material support conspiracy in 2022)
*United States v. Santos Colon* (DNJ 1:17-cr-00119) (time served [~ 61 mo.] in material support case in 2022)
*United States v. Akmal Zakirov* (EDNY 1:15-cr-00095) (time served [~84 mo.] in material support case in 2022
*United States v. Georgianna Giampieto* (MDTN 2:19-cr-00013) (66 mo. in material support case in 2022)
*United States v. Ashiqul Alam* (EDNY 1:19-cr-00280) (60 mo. in terrorism-related firearm case in 2022)
*United States v. Khaled Miah* (WDPA 2:21-cr-00110) (72 mo. in terrorism-related case in 2022)
*United States v. Elvin Williams* (WDWA 2:21-cr-00099) (48 months in material support case in 2022)
*United States v. Ahmad Suhad Ahmad* (DAZ 4:18-cr-02417) (41 mo. in terrorism case in 2021)
*United States v. Muse Muse* (WDMI 1:19-cr-00025) (78 mo. in material support conspiracy in 2021)
*United States v. Shahidul Gaffar* (EDPA 2:20-cr-00392) (24 mo. in material support conspiracy in 2021)
*United States v. Nabila Khan* (EDPA 2:20-cr-00392) (24 mo. in material support conspiracy in 2021)
*United States v. Samantha Elhassani* (NDIN 2:18-cr-00033 & 2:19-cr-159) (78 months in material support case in 2020)
*United States v. Aws Al-Jayab* (NDIL 1:16-cr-00181) (60 mo. in material support case in 2019)
*United States v. Sultan Salim* (NDOH 3:18-cr-00186) (60 mo. in material support case in 2019)
*United States v. Kassim Tajideen* (DDC 1:17-cr-00046) (60 mo in terrorism-related case in 2019)
*United States v. Adam Shafi* (NDGA 3:15-cr-00582) (time served [~36 mo.] in material support case in 2019)
*United States v. Jason Ludke* (EDWI 2:16-cr-00175) (84 mo. in material support case in 2019)

### 60 Other Terrorism Cases Where Defendants Were Sentenced to 120 Months or Less (53 of which are Material Support Cases)

*United States v Shiraz Qazi* (SDTX 4:06-cr-00421) (10 months in terrorism-related sting operation); *United States v. Nachimuthu Socrates* (EDNY 1:06-cr-00616) (12 months in material support conspiracy); *United States v. Mohammed Yousry,* 590 F.3d 93 (2nd Cir. 2009) (20 months in material support conspiracy); *United States v. Shahidul Gaffar* (EDPA 2:20-cr-00392) (24 months in material support case); *United States v. Lamont Ranson* (SDMS 3:05-cr-00016) (29 months in material support case); *United States v. Balraj Naida* (DMD 1:08-cr-00091) (57 months in material support case); *United*

*States v. Naji Khalil* (SDNY 1:04-cr-00573) (57 months in material support case); *United States v. Carpenter* (SDMS 3:04-cr-00147) (68 months in material support case); *United States v. Jalal Moheisen* (SDFL 1:06-cr-20001) (70 months in material support case); *United States v. Hammad Samana* (CDCA 8:05-cr-00214) (70 month sentence for man convicted of conspiracy to wage war against the United States); *United States v. Burson Augustine,* (SDFL 1:06-cr-20373) (72 month sentence in material support conspiracy); *United States v. Rothschild Augustine,* (SDFL 1:06-cr-20373) (84 months sentence in material support conspiracy); *United States v. Thomas Osadzinski* (NDIL 1:19-cr-00869)(90 mo in material support case in 2022); *United States v. Waheba Dais,* (EDWI 2:18-cr-00143) (90 mo. in material support case); *United States v. Alaa Abusaad,* (NDAL 7:18-cr-00541) (90 mo. in material support case in 2022); *United States v. Abror Habibov* (EDNY 1:15-cr-00095) (time served [~94 mo.] in material support case); *United States v. Delowar Hossain* (SDNY 1:19-cr-00606) (96 mo. in material support case in 2022); *United States v. Mohamud Muse* (WDMI 1:19-cr-00025) (98 months in material support case in 2021); *United States v. Joseph Farrokh* (EDVA 1:16-cr-00020) 102 months in material support conspiracy); *United States v. Zakariya Boyd* (EDNC 5:09-cr-216 ) (108 months in material support conspiracy); *United States v. Mahdi Hashi* (EDNY 1:12-cr-00661); *United States v. Thavaraja,* 740 F.3d 253 (2nd Cir. 2014) (108 months in material support case); *United States v. Akba Jordan* (EDNC 5:14-cr-00058) (108 months in material support conspiracy); *United States v. Khaleel Ahmed,* (NDOH 1:07-cr-00647) (100 months in material support case); *United States v. Wassim Mazloum* (NDOH 3:06-cr-719) (100 months in material support case); *United States v. Noah Stirn* (NDFL 3:19-cr-00060) (110 mo in terrorism-related case in 2020); *United States v. Saifullah Ranjha* (DMD 1:07-cr-00239) (110 months in material support case); *United States v. Mohamed Ahmed* (SDNY 1-10-cr-00131) (111 months in material support case); *United States v. Abraham,* (SDFL 1:06-cr-20373) (112 month sentence in material support conspiracy); *United States v. Sahim Alwan* (WDNY 1:02-cr-00214) (114 months in material support case); *United States v. Brandon Baxter* (NDOH 1:12-cr-00238) (117 months for attempted use of weapons of mass destruction); *United States v. Shaker Masri* (NDIL 1:10-cr-00655) (118 months in material support case); *United States v. Naser Almadaoji,* (NDOH 3:18-cr-00158) (120 months in 2023 in material support case); *United States v. Murat Suljovic,* (DUT 2:20-cr-00153) (120 mo. in 2022 in material support case); *United States v. Seth Pendley* (NDTX 4:21-cr-00139) (120 mo. in 2021 in terrorism-related case); *United States v. Yahya Goba* (WDNY 1:02-cr-00214) (120 months in material support case) *United States v. Enaam Arnaout* (NDIL 1:02-cr-00892) (120 months in material support case); *United States v. Ahmed Bilal* (DOR 3:02-cr-00399) (120 months in material support case); *United States v. Seifullah Chapman* (EDVA 1:03-cr-00296) (120 months in material support case); *United States v. Nuradin Abdi* (SDOH 2:04-cr-088) (120 months in material support case); *United States v. Adriana Mora* (SDTX 4:03-cr-00352) (120 months in material support case); *United States v. Ashtari* (SDNY 1:07-cr-00115) (120 months in material support case); *United States v. Maldonado,* (SDTX 4:07-cr-00124) (120 months in material support case); *United States v. Lynne Stewart* (SDNY 1:02-cr-00395) (120 months in material support case); *United States v. Masoud Khan* (EDVA 1:03-cr-00296) (120 months in material support case); *United States v. Rahmat Abdhir* (NDCA 5:07-cr-00501) (120 months in material support case); *United States v. Zubair Ahmed* (NDOH 1:07-cr-00647) (120 months in material support case); *United States v. Fawzi Assi* (EDMI 2:98-cr-80695) (120 months in material support case); *United States v. Hassan Abujihaad* (DCT 3:07-cr-00057) (120 months in material support case); *United States v. Kamal Hassan* (DMN 0:09-cr-00038) (120 months in material support case); *United States v. Najibullah Zazi* (EDNY 1:09-cr-00663) (120 months in material support case); *United States v. Colleen Larose* (EDPA 2:10-cr-00123) (120 months in material support case); *United States v. Zarein Ahmedzay* (EDNY 1:10-cr-00019) (120 months in material support case); *United States v. Varela* (SDTX 4:02-cr-00714) (120 months in material support case); *United States v. Mukhtar al-Bakri* (WDNY 1:02-cr-00214) (120 months in material support case); *United States v. Joshua Stafford* (NDOH 1:12-cr-00238) (120 months for attempted use of weapons of mass destruction); *United States v. Miguel Vidriales* (CDCA 5:12-cr-00092) (120 months in material support case); *United States v. Issa Doreh* (SDCA 3:10-cr-04246) (120 months in material support case); *United States v. Cristian Vintila* (SDNY 1:14-cr-00799) (120

months for conspiracy to kill); *United States v. Ioannis Viglakis* (SDNY 1:12-cr-00585) (120 months in material support case.)



Kathy Manley, Attorney at Law
26 Dinmore Road
Selkirk, NY 12158

ALBANY NY  120

5 DEC 2024  PM 2 L

usa forever

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 11 2024

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

Hon James V. Selna
United States Courthouse
411 West Fourth Street,
Courtroom 10C
Santa Ana, CA, 92701-4516

proc

92701-451653

