**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America | **CASE NUMBER** |
| | 8:14-cr-00109-JVS |
| PLAINTIFF(S) | |
| v. | |
| Adam Dandach | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below are deficient for the following reason(s):
Attorney Kathy Manley is not counsel of record.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Letter | 12/11/2024 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

December 13, 2024
Date

_____
United States District Judge

CV-80 (12/22)          **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**